IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NOAH COOKE                                                                                          PLAINTIFF

        v.                Civil No. 04-5020

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                                DEFENDANT

O R D E R

On this 13th day of October 2005, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation (Doc. 16) filed by the Honorable Beverly Stites Jones, United States Magistrate Judge, dated September 22, 2005, the court finds that the magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney fees and costs in the amount of $2,783.50, representing 19 hours of work at a rate of $144.00 per hour and $47.50 in costs. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

        IT IS SO ORDERED.

                                            /S/JIMM  LARRY  HENDREN
                                            UNITED STATES DISTRICT JUDGE